# EXHIBIT 3

MWR          Shalov Stone Bonner & Rocco LLP Files Securities Fraud Class
             Jun 6 2008   22:41:39


Shalov Stone Bonner & Rocco LLP Files Securities Fraud Class Action Against Franklin Bank Corp.

NEW YORK, NY -- (MARKET WIRE) -- 06/06/08 --  The law firm of Shalov Stone Bonner & Rocco LLP has filed a securities fraud class action on behalf of all investors who purchased or otherwise acquired the common or preferred stock of Franklin Bank Corp. (NASDAQ: FBTX) (AMEX: FBK-P) ("Franklin" or the "Company"), between October 29, 2007, and May 1, 2008, inclusive (the "Class Period").  The lawsuit is pending in the United States District Court for the Southern District of Texas and names as defendants Franklin and the Company's CEO and CFO during the Class Period.

According to the complaint, the defendants violated the Securities Exchange Act of 1934.  Specifically, the complaint alleges that, during the Class Period, the defendants engaged in a variety of accounting improprieties, including their admitted failure to charge off uncollectible loans and to mark Franklin's loans to market.  As a result of the misconduct alleged, defendants understated the Company's delinquent, nonperforming, and uncollectible loans and thereby misrepresented Franklin's financial condition and results, including its overall and per-share profits and the fair market value of its residential mortgage loan portfolio.

Plaintiffs are represented by Shalov Stone Bonner & Rocco LLP, which has extensive experience in the prosecution of class actions on behalf of investors.  For more information about the lawsuit, please visit www.lawssb.com/news_story.php?news=20080606.

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today.

Shalov Stone Bonner & Rocco LLP is the only firm to file a class action to protect the interests of Franklin investors and is actively investigating the facts surrounding the litigation.  Investors are warned that while other law firms may issue press releases about the class action these firms have not necessarily filed cases of their own or performed an independent investigation.  Some law firms issue such press releases solely in an effort to solicit clients.

To learn more, please contact Ralph M. Stone or Thomas G. Ciarlone, Jr., at Shalov Stone Bonner & Rocco LLP, 485 Seventh Avenue, Suite 1000, New York, New York 10018 (telephone: (212) 239-4340; e-mail: rstone@lawssb.com or tciarlone@lawssb.com).


CONTACT:

Ralph M. Stone
Thomas G. Ciarlone, Jr.
Shalov Stone Bonner & Rocco LLP
485 7th Ave., Suite 1000
New York, NY 10018

Copyright (c) 2008

```
MWR           Shalov Stone Bonner & Rocco LLP Files Securities Fraud Class
          Jun 6 2008   22:41:39
(212) 239-4340
Fax (212) 239-4310
Email Contact
Email Contact
http://www.lawssb.com/news_story.php?news=20080606
-0- Jun/07/2008   2:41 GMT
```

Copyright (c) 2008

BUS        Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action
           Jun 9 2008   16:55:01


Suit against Franklin Bank Corp.



SAN DIEGO--(BUSINESS WIRE)--June 09, 2008
Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia")
(http://www.csgrr.com/cases/franklinbank/) today announced that a
class action has been commenced on behalf of an institutional investor
in the United States District Court for the Southern District of Texas
on behalf of purchasers of Franklin Bank Corp. ("Franklin")
(NASDAQ:FBTX) common stock during the period between April 26, 2007
and May 1, 2008 (the "Class Period").

   If you wish to serve as lead plaintiff, you must move the Court no
later than 60 days from June 6, 2008. If you wish to discuss this
action or have any questions concerning this notice or your rights or
interests, please contact plaintiff's counsel, Darren Robbins of
Coughlin Stoia at 800/449-4900 or 619/231-1058, or via e-mail at
djr@csgrr.com. If you are a member of this class, you can view a copy
of the complaint as filed or join this class action online at
http://www.csgrr.com/cases/franklinbank/. Any member of the purported
class may move the Court to serve as lead plaintiff through counsel of
their choice, or may choose to do nothing and remain an absent class
member.

   The complaint charges Franklin and certain of its officers and
directors with violations of the Securities Exchange Act of 1934.
Franklin operates as the bank holding company for Franklin Bank,
S.S.B. (the "Bank"), a savings bank that provides community banking
products and services, and commercial banking services to corporations
and other business clients, and originates single family residential
mortgage loans primarily in Texas.

   The complaint alleges that during the Class Period, defendants
issued materially false and misleading statements regarding the
Company's business and financial results. As a result of defendants'
false statements, Franklin's stock traded at artificially inflated
prices during the Class Period, reaching a high of $16.89 per share in
May 2007. While Franklin's stock was inflated due to defendants'
improper accounting and false assurances about its business,
defendants completed a $25 million secondary offering of the Company's
stock.

   On March 14, 2008, Franklin filed with the SEC a Form NT 10-K to
reflect the anticipated delay in filing its Form 10-K due to possible
accounting, disclosure and other issues related to single-family
residential mortgages and residential real estate owned ("REO") that
could affect Franklin's 2007 financial statements.

   Then, on May 1, 2008, after the market closed, Franklin issued a
press release stating that the Bank had submitted to the Federal
Deposit Insurance Corporation (the "FDIC") its call report for the
quarter ended March 31, 2008. In addition, the Bank also submitted to
                         Copyright (c) 2008

BUS         Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action
            Jun 9 2008   16:55:01

the FDIC amended call reports for the periods ended September 30, 2007 and December 31, 2007. Based on Franklin's ongoing review and evaluation of its 2007 financial statements, certain changes to the Bank's previously submitted call reports were necessary. On this news, Franklin's stock dropped from $1.72 per share on May 1, 2008 to $1.29 per share on May 2, 2008, and to $1.03 per share by May 5, 2008.

   According to the complaint, the true facts, which were known by the defendants but concealed from the investing public during the Class Period, were as follows: (a) defendants' assets contained tens of millions of dollars worth of impaired and risky securities, many of which were backed by mortgage loans; (b) defendants failed to properly account for Franklin's mortgage-related assets, failing to adequately reflect impairment in the loans; (c) defendants had not properly accounted for single family loans serviced by third parties that became delinquent; and (d) Franklin's call reports filed with the FDIC beginning with the September 2007 quarter, at the latest, and its Form 10-Q for the September 2007 quarter were in error due to the Company's failure to properly account for losses on mortgage loans and REO properties.

   Plaintiff seeks to recover damages on behalf of all purchasers of Franklin common stock during the Class Period (the "Class"). The plaintiff is represented by Coughlin Stoia, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

   Coughlin Stoia, a 190-lawyer firm with offices in San Diego, San Francisco, Los Angeles, New York, Boca Raton, Washington, D.C., Philadelphia and Atlanta, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. The Coughlin Stoia Web site (http://www.csgrr.com) has more information about the firm.


   CONTACT:
   Coughlin Stoia Geller Rudman & Robbins LLP
   Darren Robbins, 800-449-4900 or 619-231-1058
   djr@csgrr.com

   -0- Jun/09/2008 20:55 GMT