UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE FRANKLIN BANK CORP. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:08-CV-01810<br><br>JUDGE SAMUEL B. KENT |
| PAUL M. LUCKINBILL, on behalf of himself and all other similarly situated,<br><br>    Plaintiff,<br><br>V.<br><br>FRANKLIN BANK CORP., ANTHONY J. NOCELLA and RUSSELL MCCANN,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:08-cv-02196<br><br>JUDGE KENNETH M. HOYT |

**NOTICE BY THE HALLGREN FAMILY TRUST OF NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR <u>APPROVAL OF CHOICE OF LEAD COUNSEL</u>**

398964.1 1

On August 5, 2008, pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, the Hallgren Family Trust moved this Court for an Order: (i) appointing it as Lead Plaintiff in these consolidated actions; and (ii) approving its selection of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as Lead Counsel. Having reviewed the competing motions, it appears that the Hallgren Family Trust does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA because the competing movants have presented a larger loss in Franklin Bank Corp. securities than the loss suffered by the Hallgren Family Trust.

Accordingly, the Hallgren Family Trust does not oppose the competing motions for lead plaintiff and lead counsel, but remains ready, willing and able to serve as lead plaintiff or co-lead plaintiff should there be factors that would eliminate the other larger investors from being appointed. The Hallgren Family Trust further reserves all of its rights to share in any recovery in this action.

Dated: August 27, 2008

                Respectfully submitted,

                By:   /s/ Andrea L. Kim
                     Andrea L. Kim
                     DIAMOND MCCARTHY LLP
                     909 Fannin Street, Suite 1500
                     Houston, TX 77010
                     Telephone (713) 333-5100
                     Facsimile (713) 333-5199

                     *Counsel for the Hallgren Family Trust*

OF COUNSEL:

COHEN, MILSTEIN HAUSFELD &
   TOLL, P.L.L.C.
Steven J. Toll
Daniel S. Sommers
Matthew K. Handley
1100 New York Avenue, N.W.
West Tower, STE 500
Washington, D.C. 20005-3964
Telephone: 202-408-4600
Facsimile:   202-408-4699

*Counsel for the Hallgren Family Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2008, I electronically filed the foregoing *Notice by the Hallgren Family Trust of Non-Opposition to Competing Motions for Appointment as Lead Plaintiff and for Approval of Choice of Lead Counsel* with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the foregoing document via First Class U.S. Mail to the non-CM/ECF participants as indicated below:

Mr. Robin C. Gibbs
Mr. Barrett H. Reasoner
Mr. Sam W. Cruse III
GIBBS & BRUNS, L.L.P.
1100 Louisiana, Suite 5300
Houston, Texas 77002

Mr. Gregory S. Meece
THOMPSON & KNIGHT LLP
333 Clay Street, Suite 3300
Houston, Texas 77002

Mr. Stuart J. Baskin
Mr. Brian H. Polovoy
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022-6069

Mr. James G. Munisteri
Mr. Orin H. Lewis
GARDERE WYNNE SEWELL & RIGGS
1000 Louisiana, Suite 3400
Houston, Texas 77002

SHALOV STONE BONNER & ROCCO LLP
Mr. Ralph M. Stone
Mr. Thomas G. Ciarlone, Jr.
485 Seventh Avenue, Suite 1000
New York, NY 10018

COUGHLIN STOIA GELLER RUDMAN
  & ROBBINS, LLP
Mr. Darren J. Robbins
Mr. David C. Walton
Ms. Catherine J. Kowalewski
655 West Broadway, Suite 1900
San Diego, CA 92101-3301

SARRAF GENTILE LLP
Mr. Ronen Sarraf
Mr. Joseph Gentile
11 Hanover Square
New York, NY 10005

/s/ Andrea L. Kim
Andrea L. Kim

148648-1