UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re FRANKLIN BANK CORP. SECURITIES LITIGATION § § § | |
| The HAROLD ROUCHER TRUST U/A DTD 09/21/72, Individually and On Behalf of All Others Similarly Situated, § § § § § | C.A. NO.: 4:08-cv-01810 CLASS ACTION |
| Plaintiffs § § | |
| VS. § § | |
| RBC CAPITAL MARKETS CORP., et al., § § § | |
| Defendants § | |

**DEFENDANT DELOITTE & TOUCHE LLP'S
RESPONSE TO THE HAROLD ROUCHER TRUST'S
MOTION FOR RELIEF FROM ABATEMENT AND TO SET A SCHEDULE**

CRUSE, SCOTT, HENDERSON & ALLEN, LLP
George W. "Billy" Shepherd
Texas Bar No. 18219700
S.D. Tex. I.D. No. 10666
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
Telephone:   (713) 650-6600
Facsimile:   (713) 650-1720
Email:  bshepherd@crusescott.com

LATHAM & WATKINS LLP
Peter A. Wald (*pro hac vice*)
James J. Farrell (*pro hac vice*)
Terri L. Lilley (*pro hac vice*)
355 South Grand Ave.
Los Angeles, CA 90071-1560
Telephone:   (213) 485-1234
Facsimile:   (213) 891-8763

ATTORNEYS FOR DEFENDANT
DELOITTE & TOUCHE LLP

LA\2038955.1

As directed by this Court's November 18, 2009 Order for Expedited Response, Deloitte & Touche LLP ("D&T") hereby notifies the Court and all Parties that it does not oppose the Harold Roucher Trust's Motion for Relief from Abatement and does not oppose the Harold Roucher Trust's concurrent request for the Court to set a briefing schedule for responses to the Preferred Stock Class' consolidated amended complaint.

Dated:  November 20, 2009

Respectfully submitted,

**CRUSE, SCOTT, HENDERSON & ALLEN, LLP**

By:  /s/ George W. "Billy" Shepherd
George W. "Billy" Shepherd
Texas Bar No. 18219700
S.D. Tex. I.D. No. 10666
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
Telephone:   (713) 650–6600
Facsimile:    (713) 650–1720
Email:  bshepherd@crusescott.com

**LATHAM & WATKINS LLP**
Peter A. Wald (*pro hac vice*)
James J. Farrell (*pro hac vice*)
Terri L. Lilley (*pro hac vice*)
355 South Grand Ave.
Los Angeles, CA 90071-1560
Telephone:   (213) 485-1234
Facsimile:    (213) 891-8763

**ATTORNEYS FOR DEFENDANT
DELOITTE & TOUCHE LLP**

## Certificate Of Service

I hereby certify that on Friday, November 20, 2009, a true and correct copy of the foregoing instrument was forwarded via electronic filing to all ECF registrants in this matter.

                                        /s/ Billy Shepherd
                                        Billy Shepherd